John Birkenheier (IL Bar No. 6270993)
Email: birkenheierj@sec.gov
Michael D. Foster (IL Bar No. 6257063)
Email: fostermi@sec.gov
Jennifer Peltz (IL Bar No. 6280848)
Email: peltzj@sec.gov
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES Y. LEE<br><br>    Defendant,<br><br>and LARISSA O. ETTORE, ELX INTERNATIONAL, INC., CLAYTON K. LEE, ADVANCED CENTURY CORP., LOLITA GATCHALIAN, ULTRA INTERNATIONAL, INC., and SOT GROUP, INC.,<br><br>    Relief Defendants. | Case No. 14-CV-0347-LAB-BGS<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST RELIEF DEFENDANTS LARISSA ETTORE, CLAYTON LEE, AND LOLITA GATCHALIAN**<br><br>Special Briefing Scheduled Ordered (Docket No. 87) |

Pursuant to Rules 16(f), 37(b) and 37(d) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for entry of default judgments against Relief Defendants Larissa Ettore, Clayton Lee, and Lolita Gatchalian, as sanctions for their deliberate and repeated refusals to comply with SEC discovery requests, court rules and court orders. Among other things, these parties: failed to comply with the Court's June 21, 2016 Order to produce documents to the SEC; failed to appear for properly noticed depositions; and failed to appear at the August 1, 2016 settlement conference

in this matter, despite being ordered by the Court to appear in person. In sanctioning this conduct, the Court should grant the relief requested in the SEC's previously submitted motion for default judgment (Docket No. 46). In support of this motion, the SEC submits the accompanying memorandum of points and authorities, and declaration of Jennifer Peltz.

For all the reasons set forth in the accompanying materials, the SEC's motion should be granted.

## Certification of Counsel

The undersigned, Michael D. Foster, hereby certifies pursuant to Civil Local Rule 26.1(b) that prior to filing this motion, he and other counsel for the SEC conferred in good faith with counsel for Relief Defendants Ettore, Lee and Gatchalian, as described in detail in the accompanying declaration of Jennifer Peltz, in an unsuccessful effort to resolve this discovery dispute.

Dated: August 5, 2016  Respectfully submitted,

**Securities and Exchange Commission,**

By its attorneys,

s/ Michael D. Foster
Michael D. Foster (IL Bar No. 6257063)
Email: fostermi@sec.gov
John Birkenheier (IL Bar No. 6270993)
Email: birkenheierj@sec.gov
Jennifer Peltz (IL Bar No. 6280848)
Email: peltzj@sec.gov
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**Certificate of Service**

I hereby certify that on August 5, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to parties by operation of the Court's electronic filing system. Parties may access this document through the Court's CM/ECF system.

s/ Michael D. Foster
Michael D. Foster
Email: fostermi@sec.gov
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398