# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JAMES Y. LEE,

    Defendant,

and LARISSA O. ETTORE, et al.,

    Relief Defendants
    And Judgment Debtors.

Case No. 3:14-cv-00347-LAB-BGS

ORDER TO DISBURSE GARNISHED FUNDS

    This case is before the Court upon Plaintiff-Judgment Creditor's, United States Securities and Exchange Commission ("Commission"), Motion for an Order to Disburse Garnished Funds (ECF No. 166), and the record as a whole. Having considered the Commission's Motion, this Court finds as follows:

    1.    This Court has jurisdiction over the subject matter of the action and over the Relief Defendant-Judgment Debtor, Larissa Ettore ("Ettore").

    2.    The record establishes that on February 3, 2017, this Court entered a final judgment ("Judgment") in favor of the Commission and against Ettore for disgorgement in the amount of

$386,694.25 and prejudgment interest in the amount of $76,790.70, for a total of $463,484.95. (ECF No. 103)

3. The Commission's post-judgment investigation into Ettore revealed that she is conducting her personal and professional business in the names of and/or through family members: Ulla Ettore, Roger Ettore, and Timo Ettore (collectively, the "Nominees"). The Nominees have open accounts at: Bank of America, N.A. ("BOA"), E*Trade Financial Corporation ("E*Trade"), Wells Fargo Bank, N.A. ("Wells Fargo"), JP Morgan Chase Bank, N.A. ("JPMC") (collectively "Garnishees").

4. On June 18, 2018, the Commission filed its Applications for Writs of Continuing Garnishment naming the Garnishees. Based upon the evidence submitted to this Court, the property in the names of the Nominees is subject to the Garnishments.

5. On June 18, 2018, this Court issued the Commission's Post-Judgment Continuing Writs of Garnishment, which were served on the Garnishees, Ettore and Nominees.

6. E*Trade answered the Writ of Garnishment on July 3, 2018, and stated that it was in possession, custody, or control of non-earning property in which Ulla, Roger and Timo Ettore have an interest. (ECF No. 157).

7. Wells Fargo answered the Writ of Garnishment on July 3, 2018, and stated that it was in possession, custody, or control of non-earning property in which Timo Ettore has an interest. (ECF No. 158).

8. BOA answered the Writ of Garnishment on July 6, 2018, and stated that it was in possession, custody, or control of non-earning property in which Roger and Ulla Ettore have an interest. (ECF No. 159).

9. JPMC answered the Writ of Garnishment on July 10, 2018, and stated that it was in possession, custody, or control of non-earning property in which Ulla and Timo Ettore have an interest. (ECF No. 160).

10. The Garnishees' Answers were served on counsel for Ettore by way of the CM/ECF

system and on the Nominees via first class mail on the dates they were filed.

11.     Neither Ettore nor the Nominees has filed a claim of exemption or other objection to the Writs of Garnishment, requested a hearing in this matter, or asserted any reason why the funds being held by the Garnishees should not be paid to the Commission.

Now, therefore,

IT IS HEREBY ORDERED that the Judgment Creditor's Motion for an Order to Disburse Garnished Funds is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that Garnishees, Bank of America, N.A., E*Trade Financial Corporation, Wells Fargo Bank, N.A., and JP Morgan Chase Bank, N.A., pay all funds currently held in the name of Larissa Ettore, Ulla Ettore, Roger Ettore and Timo Ettore to the Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169,

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Larissa Ettore as a relief defendant in this action; and specifying that payment is made pursuant to this the Final Judgment entered in this matter.

Dated: February 20, 2019

_____
Hon. Larry A. Burns
Chief United States District Court Judge